# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APEX CLEARING CORPORATION, AND APEX FINTECH SOLUTIONS, LLC<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>AXOS FINANCIAL, INC. AND AXOS CLEARING LLC,<br><br>Defendants and Counterclaimants. | C.A. No. 19-2066-MN<br><br>**CONSOLIDATED** |
| AXOS BANK<br><br>Plaintiff,<br><br>v.<br><br>APEX CLEARING CORPORATION,<br><br>Defendant. | C.A. NO. 20-18-MN |

## **JOINT STIPULATION OF DISMISSAL**

The parties, through their attorneys of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this entire consolidated action in C.A. Nos. 19-CV-02066-MN and No. 20-CV-0018-MN, including all claims, counterclaims, and affirmative defenses, is hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

4870-3083-4514, v. 3

Dated: March 21, 2023

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BUCHANAN INGERSOLL & ROONEY PC |
| /s/ Robert M. Vrana | /s/ Geoffrey G. Grivner |
| Anne Shea Gaza (No. 4093) | Geoffrey G. Grivner (DE Bar No. 4711) |
| Robert M. Vrana (No. 5666) | 500 Delaware Avenue |
| Rodney Square | Suite 720 |
| 1000 North King Street | Wilmington, DE 19801-7407 |
| Wilmington, DE 19801 | Telephone: (302) 552-4200 |
| (302) 571-6600 | Facsimile: (302) 552-4295 |
| agaza@ycst.com | geoffrey.grivner@bipc.com |
| rvrana@ycst.com | |
| Of Counsel: | Of Counsel: |
| Patrick J. Arnold Jr. | John M. Nading (admitted *Pro Hac Vice*) |
| McANDREWS, HELD | David M. Kramer (admitted *Pro Hac Vice*) |
| & MALLOY, LTD. | BUCHANAN INGERSOLL & ROONEY PC |
| 500 West Madison Street | 1700 K Street, N.W. |
| Suite 3400 | Suite 300 |
| Chicago, Illinois 60661 | Washington, D.C. 20006-3807 |
| (312) 775-8000 | Telephone: 202-452-7900 |
| parnold@mcandrews-ip.com | Facsimile: 202-452-7989 |
| | john.nading@bipc.com |
| | david.kramer@bipc.com |
| *Attorneys for Apex Clearing Corporation and Apex Fintech Solutions, LLC* | *Attorneys for Axos Financial, Inc., Axos Clearing LLC, and Axos Bank* |

SO ORDERED this ___ day of _____, 2023.

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE